AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:20-mj-00164 |
|---|---|---|
| v. | ) | Assigned To : Harvey, G. Michael |
| Asim Mujtaba Naqvi, | ) | Assign. Date : 8/17/2020 |
| | ) | Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/01/2018 to 12/31/2019__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 50 U.S.C. §§ 1701-1705 | Violations of the International Emergency Economic Powers Act |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph W. Ferrell, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** _____ (specify reliable electronic means).

Date: __08/17/2020__                                      _____
                                                                             *Judge's signature*

City and state: __Washington, DC__           G. Michael Harvey, U.S. Magistrate Judge
                                                                             *Printed name and title*